# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, James P. | Western District of Virginia | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

180 West Main Street
Rm. 104
Abingdon, VA 24210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Uinversity of Virginia Jefferson Scholarship Regional Committee |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, James P.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. Trust No. 1, income beneficary | D | Dividend | O | T | | | | | |
| 3. Trust No. 2, income beneficary | D | Dividend | P2 | T | | | | | |
| 4. Trust No. 3, income benficiary | D | Dividend | P2 | T | | | | | |
| 5. Trust No. 4, income benficiary | E | Dividend | P1 | T | | | | | |
| 6. Hennessy Gas Utility Investor | A | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8. Chevron Corp common stock | D | Dividend | M | T | | | | | |
| 9. Duke Energy common stock | E | Dividend | O | T | | | | | |
| 10. Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11. IBM common stock | D | Dividend | M | T | | | | | |
| 12. AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13. T. Rowe Price Va Bond Fund | C | Dividend | M | T | | | | | |
| 14. T. Rowe Price Summit Muncipal Intermediate Fund | B | Dividend | L | T | | | | | |
| 15. T. Rowe Price Growth Stock Fund | E | Dividend | O | T | | | | | |
| 16. T. Rowe Price New Horizons Fund | E | Dividend | N | T | | | | | |
| 17. T. Rowe Price New Asia Fund | D | Dividend | M | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Redeemed<br>(part) | 01/22/19 | J | A | |
| 19. | | | | | Redeemed<br>(part) | 02/21/19 | J | A | |
| 20. | | | | | Redeemed<br>(part) | 03/21/19 | J | A | |
| 21. | | | | | Redeemed<br>(part) | 04/22/19 | J | A | |
| 22. | | | | | Redeemed<br>(part) | 05/21/19 | J | A | |
| 23. | | | | | Redeemed<br>(part) | 06/21/19 | J | A | |
| 24. | | | | | Redeemed<br>(part) | 07/22/19 | J | A | |
| 25. | | | | | Redeemed<br>(part) | 08/21/19 | J | | |
| 26. | | | | | Redeemed<br>(part) | 09/23/19 | J | A | |
| 27. | | | | | Redeemed<br>(part) | 10/21/19 | J | A | |
| 28. | | | | | Redeemed<br>(part) | 11/21/19 | J | A | |
| 29. | | | | | Redeemed<br>(part) | 12/23/19 | J | A | |
| 30.    T. Rowe Price Int'l Stock Fund | C | Dividend | M | T | | | | | |
| 31.    T. Rowe Price Int'l Stock Fund | C | Dividend | M | T | Redeemed<br>(part) | 01/22/19 | J | A | |
| 32. | | | | | Redeemed<br>(part) | 02/21/19 | J | A | |
| 33. | | | | | Redeemed<br>(part) | 03/21/19 | J | A | |
| 34. | | | | | Redeemed<br>(part) | 04/22/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Redeemed<br>(part) | 05/21/19 | J | A | |
| 36. | | | | | Redeemed<br>(part) | 06/21/19 | J | A | |
| 37. | | | | | Redeemed<br>(part) | 07/22/19 | J | A | |
| 38. | | | | | Redeemed<br>(part) | 08/21/19 | J | A | |
| 39. | | | | | Redeemed<br>(part) | 09/23/19 | J | A | |
| 40. | | | | | Redeemed<br>(part) | 10/21/19 | J | A | |
| 41. | | | | | Redeemed<br>(part) | 11/21/19 | J | A | |
| 42. | | | | | Redeemed<br>(part) | 12/23/19 | J | A | |
| 43. T. Rowe Price New Income Fund | E | Dividend | O | T | | | | | |
| 44. T. Rowe Price Government Money Fund | D | Dividend | N | T | | | | | |
| 45. T. Rowe Price Science & Tech. Fund | F | Dividend | N | T | | | | | |
| 46. T. Rowe Price Blue Chip Growth Fund | D | Dividend | P1 | T | | | | | |
| 47. T. Rowe Price Equity Index 500 Fund | D | Dividend | O | T | Redeemed<br>(part) | 01/22/19 | J | A | |
| 48. | | | | | Redeemed<br>(part) | 02/21/19 | J | A | |
| 49. | | | | | Redeemed<br>(part) | 03/21/19 | J | A | |
| 50. | | | | | Redeemed<br>(part) | 04/22/19 | J | A | |
| 51. | | | | | Redeemed<br>(part) | 05/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Redeemed (part) | 06/21/19 | J | A | |
| 53. | | | | | Redeemed (part) | 07/22/19 | J | A | |
| 54. | | | | | Redeemed (part) | 08/21/19 | J | A | |
| 55. | | | | | Redeemed (part) | 09/23/19 | J | A | |
| 56. | | | | | Redeemed (part) | 10/21/19 | J | A | |
| 57. | | | | | Redeemed (part) | 11/21/19 | J | A | |
| 58. | | | | | Redeemed (part) | 12/23/19 | J | A | |
| 59. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 01/22/19 | J | A | |
| 60. | | | | | Redeemed (part) | 02/21/19 | J | A | |
| 61. | | | | | Redeemed (part) | 03/22/19 | J | A | |
| 62. | | | | | Redeemed (part) | 04/22/19 | J | A | |
| 63. | | | | | Redeemed (part) | 05/21/19 | J | A | |
| 64. | | | | | Redeemed (part) | 06/21/19 | J | A | |
| 65. | | | | | Redeemed (part) | 07/22/19 | J | A | |
| 66. | | | | | Redeemed (part) | 08/21/19 | J | A | |
| 67. | | | | | Redeemed (part) | 09/23/19 | J | A | |
| 68. | | | | | Redeemed (part) | 10/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Redeemed (part) | 11/21/19 | J | A | |
| 70. | | | | | Redeemed (part) | 12/23/19 | J | A | |
| 71.   T. Rowe Price Value Fund | C | Dividend | N | T | | | | | |
| 72.   T. Rowe Price Equity Income | E | Dividend | M | T | | | | | |
| 73.   T. Rowe Price High Yield Fund | A | Dividend | L | T | Redeemed (part) | 01/22/19 | J | A | |
| 74. | | | | | Redeemed (part) | 02/21/19 | J | A | |
| 75. | | | | | Redeemed (part) | 03/21/19 | J | A | |
| 76. | | | | | Redeemed (part) | 04/22/19 | J | A | |
| 77. | | | | | Redeemed (part) | 05/21/19 | J | A | |
| 78. | | | | | Redeemed (part) | 06/21/19 | J | A | |
| 79. | | | | | Redeemed (part) | 07/22/19 | J | A | |
| 80. | | | | | Redeemed (part) | 08/21/19 | J | A | |
| 81. | | | | | Redeemed (part) | 09/23/19 | J | A | |
| 82. | | | | | Redeemed (part) | 10/21/19 | J | A | |
| 83. | | | | | Redeemed (part) | 11/21/19 | J | A | |
| 84. | | | | | Redeemed (part) | 12/23/19 | J | A | |
| 85.   T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | Redeemed (part) | 01/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, James P.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Redeemed<br>(part) | 02/21/19 | J | A | |
| 87. | | | | | Redeemed<br>(part) | 03/21/19 | J | A | |
| 88. | | | | | Redeemed<br>(part) | 04/22/19 | J | A | |
| 89. | | | | | Redeemed<br>(part) | 05/21/19 | J | A | |
| 90. | | | | | Redeemed<br>(part) | 06/21/19 | J | A | |
| 91. | | | | | Redeemed<br>(part) | 07/22/19 | J | A | |
| 92. | | | | | Redeemed<br>(part) | 08/21/19 | J | A | |
| 93. | | | | | Redeemed<br>(part) | 09/23/19 | J | A | |
| 94. | | | | | Redeemed<br>(part) | 10/21/19 | J | A | |
| 95. | | | | | Redeemed<br>(part) | 11/21/19 | J | A | |
| 96. | | | | | Redeemed<br>(part) | 12/23/19 | J | A | |
| 97. Wells Fargo cash-equivalent account | A | Interest | K | T | | | | | |
| 98. Highlands Union cash-equivalent account | | None | L | T | | | | | |
| 99. J P Morgan cash-equivalent account | | None | M | T | | | | | |
| 100. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 101. Allstate Corp common stock | A | Dividend | L | T | | | | | |
| 102. Alphabet Inc common stock | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AMC Networks Inc. common stock | | None | | | Sold | 02/11/19 | L | E | |
| 104. American Express Co. common stock | A | Dividend | L | T | | | | | |
| 105. Aramark common stock | A | Dividend | L | T | Buy | 05/03/19 | L | | |
| 106. Berkshire Hathaway B common stock | | None | M | T | | | | | |
| 107. | | | | | Buy (add'l) | 03/26/19 | K | | |
| 108. Biogen Inc common stock | | None | J | T | | | | | |
| 109. Chevron Corp common stock | B | Dividend | K | T | | | | | |
| 110. Chubb LTD common stock | A | Dividend | J | T | | | | | |
| 111. Cisco Systems Inc common stock | C | Dividend | L | T | | | | | |
| 112. C I T Group Inc common stock | A | Dividend | J | T | | | | | |
| 113. Comerica Inc common stock | A | Dividend | L | T | | | | | |
| 114. CVS Health Corp Common stock | A | Dividend | L | T | Buy | 03/25/19 | K | | |
| 115. Discovery Inc Cl C common stock | | None | K | T | Buy | 02/08/19 | K | | |
| 116. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 117. Disney Walt Co common stock | A | Dividend | L | T | | | | | |
| 118. Dominion Energy Inc common stock | B | Dividend | L | T | | | | | |
| 119. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Expedia Group Inc comon stock | A | Dividend | J | T | | | | | |
| 121. EOG Resources, Inc common stock | A | Dividend | L | T | | | | | |
| 122. Fox cl A common stock | A | Dividend | L | T | Buy | 07/30/19 | K | | |
| 123. | | | | | Buy (add'l) | 09/17/19 | K | | |
| 124. Johnson & Johnson common stock | B | Dividend | M | T | | | | | |
| 125. JPMorgan Chase & Co common stock | C | Dividend | M | T | | | | | |
| 126. Kraft Heinz Co common stock | B | Dividend | L | T | Buy | 03/11/19 | K | | |
| 127. | | | | | Buy (add'l) | 05/03/19 | K | | |
| 128. L-3Harris Technologies Inc common stock | A | Dividend | K | T | | | | | |
| 129. Laboratory Corp of America common stock | | None | L | T | | | | | |
| 130. Liberty Expedia Holdings common stock | | None | | | Merged (with line 120) | 07/29/19 | L | | |
| 131. Liberty Interactv common stock | | None | J | T | | | | | |
| 132. Linde plc common stock (X) | | None | J | T | | | | | |
| 133. Liberty Media Coip Common Stock C Sirius XM | | None | K | T | | | | | |
| 134. LKQ Cp common stock | | None | K | T | Buy | 07/30/19 | K | | |
| 135. | | | | | Buy (add'l) | 07/31/19 | K | | |
| 136. Macy's Inc common stock | A | Dividend | | | Sold | 11/08/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft Corp common stock | B | Dividend | L | T | | | | | |
| 138. Mohawk Industries common stock | | None | | | Buy | 01/02/19 | K | | |
| 139. | | | | | Sold | 07/30/19 | K | C | |
| 140. Nielsen Holdings PLCF | B | Dividend | | | Buy | 02/08/19 | K | | |
| 141. | | | | | Sold | 09/17/19 | L | D | |
| 142. Norfolk Southern common stock | B | Dividend | L | T | Sold (part) | 03/11/19 | K | E | |
| 143. Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 144. Oracle Corp common stock | B | Dividend | L | T | | | | | |
| 145. Pfizer Inc common stock | B | Dividend | L | T | | | | | |
| 146. PPL Corp common stock | B | Dividend | K | T | | | | | |
| 147. Prudential Financial Inc common stock | B | Dividend | K | T | | | | | |
| 148. Qurate Retail Inc common stock | | None | | | Buy | 05/06/19 | K | | |
| 149. | | | | | Sold | 11/08/19 | K | A | |
| 150. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 151. SPDR S&P 500 ETF | | None | M | T | | | | | |
| 152. Siemans AG ADR | A | Dividend | K | T | | | | | |
| 153. Target Corp common stock | B | Dividend | L | T | Sold (part) | 05/06/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Total SA sponsored ADR | A | Dividend | J | T | | | | | |
| 155. Unilever NV common stock | A | Dividend | K | T | | | | | |
| 156. Vanguard Interm Term Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 157. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 158. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 159. Viacomcbs Inc Common Stock | A | Dividend | L | T | Buy | 09/17/19 | K | | |
| 160. | | | | | Buy (add'l) | 11/07/19 | K | | |
| 161. Willis Towers Watson plc common stock | A | Dividend | K | T | | | | | |
| 162. Wells Fargo Bk NA common stoick | A | Dividend | K | T | | | | | |
| 163. Xilinx Inc common stock | A | Dividend | K | T | | | | | |
| 164. Schwab U.S. Treas Money Fund | C | Dividend | M | T | | | | | |
| 165. Arlington Cnty Va muni bond | A | Interest | K | T | | | | | |
| 166. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 167. American International Group common stock | | None | | | Sold | 05/03/19 | K | D | |
| 168. Cigna Corp common stock | A | Dividend | M | T | | | | | |
| 169. Air Products & Chemicals Inc common stock | A | Dividend | J | T | | | | | |
| 170. Amazon Com Inc common stock | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Antero Resources Corp common stock | | None | | | Buy | 01/02/19 | K | | |
| 172. | | | | | Sold | 07/30/19 | K | E | |
| 173.  Apple Inc common stock | A | Dividend | M | T | Sold (part) | 03/26/19 | K | E | |
| 174.  AT&T Inc common stock | A | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 175. | | | | | Buy (add'l) | 03/11/19 | L | | |
| 176.  Autozone Inc common stock | | None | J | T | | | | | |
| 177.  Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 178.  Boston Scientific Corp common stock | | None | J | T | | | | | |
| 179.  Brighthouse Financial Inc common stock | | None | J | T | | | | | |
| 180.  Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 181.  Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 182.  CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 183.  Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 184.  Cisco Systems Inc common stock | C | Dividend | M | T | | | | | |
| 185.  Citigroup Inc New common stock | A | Dividend | K | T | | | | | |
| 186.  Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |
| 187.  Coca-Cola Co common stock | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 189. Columbia Dividend Income Fund Cl Z | | None | L | T | | | | | |
| 190. Columbia Va Intermed Mun Bd Fund | B | Dividend | L | T | | | | | |
| 191. Columbia Income Opportunities Fund | B | Dividend | K | T | | | | | |
| 192. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | | | | | |
| 193. Comcast Corp Cl A common stock | B | Dividend | K | T | | | | | |
| 194. Constellations Brands Inc A common stock | A | Dividend | K | T | | | | | |
| 195. CSX Corp common stock | A | Dividend | K | T | | | | | |
| 196. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 197. Dell Technologies Inc common stock | | None | | | Sold | 03/11/19 | L | E | |
| 198. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 199. Dominion Energy Inc common stock | B | Dividend | K | T | | | | | |
| 200. DowDuPont Inc common stock | | None | | | Sold | 06/19/19 | J | A | |
| 201. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 202. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 203. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 204. EOG Resoutces Inc common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Equinix Inc common stock | C | Dividend | L | T | | | | | |
| 206. FirstEnergy Corp common stock | C | Dividend | M | T | | | | | |
| 207. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 208. EOG Resources Inc common stock | A | Dividend | J | T | | | | | |
| 209. Estee Lauder Cos Inc Cl A common stock | | None | J | T | | | | | |
| 210. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 211. Fortune Brands Home & Sec common stock | A | Dividend | J | T | | | | | |
| 212. General Electric Co common stock | A | Dividend | J | T | | | | | |
| 213. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 214. General Motors Co common stock | A | Dividend | J | T | | | | | |
| 215. Gilead Sciences Inc common stock | C | Dividend | L | T | | | | | |
| 216. Halliburton Co. common stock | A | Dividend | J | T | | | | | |
| 217. Home Depot Inc common stock | A | Dividend | J | T | | | | | |
| 218. Honeywell International Inc common stock | A | Dividend | K | T | | | | | |
| 219. Humana Inc common stock | A | Dividend | J | T | | | | | |
| 220. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 221. Invesco Ltd common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  iShares Russell Mid-Cap Index ETF | A | Dividend | N | T | | | | | |
| 223.  iShares MSCI EAFE ETF | | None | | | Sold | 04/17/19 | J | A | |
| 224.  iShares Russell 2000 ETF | C | Dividend | M | T | | | | | |
| 225.  Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 226.  Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 227.  Kroger Co common stock | A | Dividend | K | T | | | | | |
| 228.  Kraft Heinz Co. common stock | A | Dividend | K | T | Buy (add'l) | 03/11/19 | K | | |
| 229. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 230.  Lam Research Corp common stock | | None | J | T | | | | | |
| 231.  Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | | | | | |
| 232.  Lennar Corp Cl A common stock | | None | J | T | | | | | |
| 233.  Lowes Companies Inc common stock | A | Dividend | J | T | | | | | |
| 234.  Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 235.  Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 236.  McKesson Corp common stock | A | Dividend | L | T | | | | | |
| 237.  Microsoft Corp common stock | B | Dividend | K | T | | | | | |
| 238.  Mondelez Intl Inc common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  NASDAQ OM X Group common stock | A | Dividend | K | T | | | | | |
| 240.  News Corp common stock | A | Dividend | K | T | | | | | |
| 241.  Nextera Energy Inc common stock | A | Dividend | K | T | | | | | |
| 242.  Nike Inc B common stock | A | Dividend | J | T | | | | | |
| 243.  Norfolk Southern Corp common stock | B | Dividend | L | T | | | | | |
| 244.  Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 245.  Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 246.  Pepsico Inc common stock | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 247.  Permanent Portfolio Fund | | None | K | T | | | | | |
| 248.  Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 249.  PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 250.  Post Holding Inc common stock | | None | L | T | Buy | 07/30/19 | K | | |
| 251. | | | | | Buy<br>(add'l) | 11/07/19 | K | | |
| 252.  Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | | | | | |
| 253.  Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 254.  Qualcomm Inc common stock | C | Dividend | M | T | Sold<br>(part) | 07/30/19 | L | E | |
| 255.  Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  SPDR Gold Trust fund | | None | | | Sold | 05/13/19 | J | A | |
| 257.  Templeton Global Bd Fund | A | Dividend | K | T | | | | | |
| 258.  Target Corp common stock | B | Dividend | K | T | | | | | |
| 259.  Time Inc common stock | A | Dividend | J | T | | | | | |
| 260.  Union Pacific Service common stock | A | Dividend | J | T | | | | | |
| 261.  United Technologies Corp common stock | | None | | | Sold | 02/08/19 | K | D | |
| 262.  Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |
| 263.  US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 264.  Vanguard REIT | A | Dividend | K | T | | | | | |
| 265.  Verizon Communications Inc common stock | B | Dividend | L | T | | | | | |
| 266.  Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 267.  Visa Inc. | A | Dividend | J | T | | | | | |
| 268.  Yum Brands Inc common stock | A | Dividend | J | T | | | | | |
| 269.  Yum China Hldgs Inc common stock | A | Dividend | J | T | | | | | |
| 270.  Real estate parcel , Chatham County, North Carolina | | None | M | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, James P.** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 6 Hennessy Gas Utility Index Fund changed its name to Henessey Gas Utility Investor

Line 108 Biogen Inc omitted  inadvertently from 2018 report; name changed from Biogen Idec Inc to Biogen Inc

Line 270 Real estate purchased 5/30/18, inadvertently omitted from 2018 report.

Line 118 Dominion Resourses is  now named Dominion Energy Inc

Line 128  L3 Technologies Inc charged its name to L3Harris Technologies Inc in 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544